395 A.2d 986

Hibbler, Appellant, v. Evans.

Argued September 11, 1978. John Deutsch, for appellant; William H. Bayer, for appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.